**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **LEAP WIRELESS INTERNATIONAL, INC. and CRICKET COMMUNICATIONS, INC.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**METROPCS COMMUNICATIONS, INC.,**<br><br>    Defendant/Counterclaimant | § § § § § § § § § § § § | **CIVIL ACTION NO. 2:06-CV-240-TJW** |
| **ROYAL STREET COMMUNICATIONS, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**LEAP WIRELESS INT'L INC., ET AL.**<br><br>    Defendants. | § § § § § § § § § § § § | **CIVIL ACTION NO. 2:07-CV-285** |

## ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

The parties to the above-captioned actions have settled their claims and counterclaims pursuant to confidential terms and have moved the Court to dismiss all claims with prejudice, with each party paying its/his own attorneys' fees, costs of court and expenses. The Court is of the opinion that the motion should be granted and that the following order should be entered.

IT IS THEREFORE ORDERED that all claims for relief asserted or that could have been asserted by any party to the above-captioned actions are hereby dismissed, with prejudice.

- 2 -

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

This is a final judgment.

SIGNED this 30th day of September, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE